## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELVIN RODRIGUEZ,<br><br>                      Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA<br><br>                      Defendant. | DOCKET NO: 1:19-cv-14659<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against all parties, with prejudice.

SWARTZ SWIDLER, LLC                                    ARCHER & GREINER, P.C.


By: _____                             By: _____
    MATTHEW D. MILLER, ESQUIRE                              DAVID R. RAPUANO


Dated: 1-10-2020                                       Dated: 1/10/2020